IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| RICHARD J. JOHNSON and RHONDA SALLIE, <br>     *Plaintiffs*, <br><br> v. <br><br> TITLE MAX, INC., *et al.*, <br>     *Defendants*. | § <br> § <br> § <br> § CIVIL ACTION NO.  9:24-CV-25-MJT-CLS <br> § <br> § <br> § <br> § |

**MEMORANDUM ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [Dkt. 9]**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred this proceeding to the Honorable Christine L. Stetson to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters.  *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72.

Plaintiffs, proceeding *pro se* and *in forma pauperis*, filed suit on January 25, 2024, alleging Defendants violated various state and federal laws and Plaintiffs' due process rights in relation to a 2015 Chevrolet Impala LT [Dkt. 1].  On March 18, 2024, Judge Stetson ordered Plaintiffs to file within twenty days an amended pleading that contained a factual discussion of where the claims arose and the domicile of each party [Dkt. 6].  Plaintiffs received that order on March 22, 2024 [Dkts. 7, 8].  To date, Plaintiffs have not filed an amended pleading.  On April 17, 2024, Judge Stetson entered a Report and Recommendation [Dkt. 9] advising the Court to dismiss without prejudice Plaintiffs' claims pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.  Plaintiffs did not object to Judge Stetson's Report and Recommendation and the time to do so has passed.

After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 9] is ADOPTED.  Plaintiffs' claims are DISMISSED without prejudice pursuant to FED. R. CIV. P. 41(b).  A final judgment will be entered by the Court.

IT IS SO ORDERED.

**SIGNED this 14th day of May, 2024.**

                                        Michael J. Truncale
                                        United States District Judge