IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| RICHARD J. JOHNSON and RHONDA SALLIE, *Plaintiffs*, <br><br> v. <br><br> TITLE MAX, INC., *et al.*, *Defendants*. | § § § § § § § § § § CIVIL ACTION NO. 9:24-CV-25-MJT-CLS |

## **FINAL JUDGMENT**

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge and dismissing Plaintiffs' claims under Fed. R. Civ. P. 41(b), it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiffs' claims are dismissed without prejudice in their entirety. All pending motions are DENIED as moot. The clerk of the court is directed to CLOSE this case.

THIS IS A FINAL JUDGMENT.

**SIGNED this 14th day of May, 2024.**

Michael J. Truncale
United States District Judge